IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NAVIGATORS INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1605-MAK |
| | : | |
| DEHUI SOLAR POWER INC. | : | |

# ORDER

**AND NOW**, this 27th day of March 2023, upon considering service of the Complaint upon Defendant on December 19, 2022 (D.I. 3) with no response filed, the Entry of default (D.I. 9), Plaintiff's Motion for entry of damages on default (D.I. 12) consistent with our February 7, 2023 Order (D.I. 9), noting Dehui Solar Power Inc. has not filed a response following service of the motion (D.I. 14), following our evidentiary hearing under Fed. R. Civ. P. 55 based upon our independent review of the evidence, having reviewed Plaintiff's supplemental affidavit as to paid fees and costs (D.I. 18) confirming (contrary to their Motion) Plaintiff is entitled to be reimbursed for $1,821.00 in fees, and providing Defendant ample time to review and challenge the proofs, it is **ORDERED** we:

1.  **GRANT in part** Plaintiff's uncontested Motion for damages upon default (D.I. 8) as modified by the supplemental affidavit (D.I. 18);

2.  **ENTER JUDGMENT** in favor of Plaintiff Navigators Insurance Company against Defendant Dehui Solar Power Inc., consistent with the proofs adduced during the evidentiary hearing and in the supplemental affidavit (D.I. 18) in the amount of $1,537,523.59; and,

3.  Direct the Clerk of Court to **close** this case.

_____
KEARNEY, J.